**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-6354**

───────────

ROBERT LEE FOSTER,

             Plaintiff – Appellant,

        v.

LARRY W. POWERS, Director of Spartanburg County Jail; TONY
FISHER, Director of Spartanburg City Police Department;
OFFICER HALL; K D SWAD; BRAD JAMES,

             Defendants – Appellees,

        and

OFFICER BOOKEN,

             Defendant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, District
Judge.   (3:08-cv-00025-PMD)

───────────

Submitted:  July 30, 2009          Decided:  August 5, 2009

───────────

Before MOTZ, KING, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Robert Lee Foster, Appellant Pro Se.    Andrew Todd Darwin,
HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South
Carolina; James Dean Jolly, Jr., LOGAN, JOLLY & SMITH, LLP,
Anderson, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Foster appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Foster's motions for appointment of counsel and for a preliminary injunction, and we affirm for the reasons stated by the district court. See Foster v. Powers, No. 3:08-cv-00025-PMD (D.S.C. Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED